Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Florida
## Civil Division



|  |  |
|---|---|
| RAZ OFER | Case No. 22-cv-20180-King/Damian |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- | |
| JUDGE CARLOS GUZMAN, RAMON ABADIN, ESQ | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non−Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | RAZ OFER |
| Address | Paramount Miami World Center, #410, 851 NE 1st Ave |
| City | Miami Beach |
| State | FL |
| Zip Code | 33139 |
| County | Miami-Dade |
| Telephone Number | 6464317934 |
| E-Mail Address | raz.ofer2@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Judge Carlos Guzman |
| Job or Title (if known) | Circuit Court Judge |
| Address | 73 West Flagler Street |
| City | Miami |
| State | Fl |
| Zip Code | 33130 |
| County | Miami-Dade |
| Telephone Number | 3053497101 |
| E-Mail Address (if known) | cguzman@jud11.flcourts.org |

☒ Individual capacity  ☐ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Ramon Abadin |
| Job or Title (if known) | Attorney |
| Address | 232 Andalusia Ave, Ste 200 |
| City | Coral Gables |
| State | Fl |
| Zip Code | 33134 |
| County | Miami-Dade |
| Telephone Number | 3053214496 |
| E-Mail Address (if known) | rabadin@abadinlaw.com |

☒ Individual capacity  ☐ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Address | |
| City | |
| State | |
| Zip Code | |

|                          |                                      |
|--------------------------|--------------------------------------|
| County                   |                                      |
| Telephone Number         |                                      |
| E-Mail Address *(if known)* |                                   |

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

    *City*    *State*    *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)
    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My property has been taken without due process of law and my Civil Rights and free speech rights have been unconstitutionally limited. I will present evidence showing corruption and bribes in the Judicial System and Racial discrimination in the form of antisemisim. Bribes, free speech, racism in the form of antisemitism comments by a Judge and confiscation of private property are protected by the constitution and do not constiute Judicial acts. Thiscomplaint clearly deal with breaches of my constituional rights and civil rights.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant Judge Guzman has illegally appointed his best friend as a "conservator" in a conspiracy to deprive me of my property rights in violation of the constitution and Florida law (see Order attached as Exhibit A) and limited my free speech and not the other party free speech rights through the illegal Order attached hereto as Exhibit B. In addition, the Judge made racist comments in the form of antisemitism.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Miami, Florida

B.  What date and approximate time did the events giving rise to your claim(s) occur?

August 2021 to present

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see attached Statement of Claim

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Below are details of the injuries I suffered, I'm not claiming damages from the Judge, but an injunctive relief based on breaches of my civil rights under the consitution.

$3 Million in lost profits and legal fees and costs. I've been damaged by loosing control of my property which has resulted in loss profits, legal fees and costs. I've also been damaged because I've been forced to restrict my communications with my tenants and other parties by the Judge's order, which has made a resolution of this matter impossible. I live in fear that this Judg'e actions are a well planned conspiracy to targer all my holdings in Florida, valed at over $30M. This has already resulted in loss of income for many families, who lost their jobs and income as a result of unconstitutional acts by this Judge.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asking that the Court: (1) revoke the unlawful and unconstitional Orders appointing a 'FriendlyConservator', who is bribing the Judge and has committed perjury when testifying under oath. In addition, revoke an unconstitutional order limiting my free speech rights; Issue an injuctive relief stopping the Judge's racial unconstitutional acts and antisemitic comments. (2) order any and all such others relief the Court deems necessary and proper to address the unjust, unconstituional and corrupt conduct that has resulted in irreparable and continuing harm to me.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## STATEMENT OF CLAIM

I own the property located at 1560 Drexel Ave & 1568 Drexel Avenue, Miami Beach, which I purchased for $4 Million Dollars, in cash, in 2013.

Defendants have acted illegally and unconditionally by appointing a "friendly conservator", the Judge's best friend who is bribing the Judge, who has never been appointed as a conservator before, to take control of the property away from me. There is no such thing as a conservator in Florida, but a receiver. A receiver is only appointed because of financial issues, which is clearly not the case here. The property, consists of two adjacent buildings, is worth $12M with only $1M in debt. In addition, my real estate holdings in Miami are worth in excess of $30M.

The Judge has acted in violation of numerous Florida laws by:

1. Violating Fla. Stat. § 714.07 by failing to require the Conservator to confirm that he is not disqualified for a conflict of interest because he is an affiliate of a party and/or has a material financial interest in the outcome of the action. In fact, the 'so called' conservator has a clear conflict, which this Judge insists on ignoring.

2. Violating Fla. Stat. § 714.08 by failing to require the Conservator to post the required bond;

3. Improperly relying on a County Court determination as to ownership, which is beyond the subject matter jurisdiction of the County Court; In addition, the County Court has since clarified their position that they didn't attempt to determine ownership. In fact, this Judge is aware that I filed a lawsuit against 'property appraiser', who changed ownership as a result of fraudulent QCD (Quick Claim Deed) filed by the other party, but chose to ignore it, despite the allegations of bribes. In addition, property appraiser does not determine ownership. More importantly, another Circuit Judge denied the other party motion regarding my deed, let alone that I was in possession of the property at the time he appointed a conservator, in fact, I was in possession since I purchased the property at 2013. The other party is merely trying to extort from me $1M, by threatening me to forge more QCDs of my properties. The Judge is fully aware that the State Attorney are investigating the other party, regarding this and another 50 cases. In brief, the other party bought shares of

1

an LLC for $5 ( Five Dollars) and claim that they own a $12M property. However, this is not the purpose of this lawsuit, which is about beaches of my civil rights and free speech by this Judge. I have never in my life filed a claim or complained about civil rights, free speech or antisemitism, this is the first time in my life that I bring it up. Before I started my real estate investments, I currently operate in the US and other countries, I used to work for some of the biggest companies in the world as an IT consultant, like British Airways, Accenture, to name just a few. I never came across issues like the ones includes in this complaint. To put it mildly, this Judge's actions make me think that we're in a third world country and in the leader of the free world.

4. Appointing an unqualified and corrupt 'Friendly conservator' who is bribing this Judge, to confiscate a private property is not a Judicial act, nor it is conditional. See below for details.

5. Appointing the "Friendly Conservator" when the Court had no subject matter jurisdiction because the case was voluntarily dismissed by me 4 days before this Judge appointed his 'friendly conservator'; Despite repeated reminders to this Judge that this case had already been dismissed, these Judge chooses to ignored it, I assume under pressure from his 'friendly conservator", who seems to believe that he can earn, or steal hefty fees out of this 'assignment'.

6. Entering fraudulent Orders that do not reflect what occurred at hearings and the transcripts; The last time this has happened, the Judge was forced to tell his 'friendly conservator' to submit a new proposed order, even though the Judge had already signed a fraudulent order. The Judge has only did it after receiving an email from me specifying the contradictions of what he said at the hearing and the order he signed, which was sent to him by his 'friendly conservator' (see appendix A). In a similar incident, this Judge signed a proposed order sent to him by his 'friendly conservator', although the Judge knew that the 'friendly conservator' hasn't even attended the hearing. The conservator later admitted that the other party is the one who prepared the proposed order, which the Judge signed without even a single edit. Such actions can only be described as outrageous and corrupt. I have evidence that the other party is also bribing this Judge. A fair Judicial system is the corner stone of any democracy, this does not seem to be the case here. At trial, I'll subpoena all emails and other communications between this Judge, his 'friendly conservator' and the other party. I'm in possession of other evidence which I'll produce at trial.

7. Bribing residents in my building with free rent to falsely testify against me by allowing them to live rent free in the building; This Judge knows and supports such actions, which is nothing but corruption and unconstitutional actions.

2

8. limiting my free speech rights by ordering me not to communicate about this matter with my tenants, the "friendly conservator' and with the other party. Needless to say that such order was only issued against me and not against the other party. Limiting my free speech rights are not just illegal, but a breach of my civil rights under the constitution.

9. I received physical threats from people I suspect were sent by the 'friendly conservator' and/or the Judge. It never happened to me before.

I own substantial assets and I believe that the Defendants are targeting me for personal gain. Their communications (which I will be seeking via discovery) will show that the Judge has appointed his best friend Ramon Abadin in order to benefit him financially. As above, I have worked at some of the largest companies all over the world, including Accenture and British Airways, and have never experienced antisemitism, but the facts will show that Defendants' conduct is based on antisemitism (I am Jewish and a son of Holocaust survivors). I was born and raised in Israel, my parents are of German origin.

## PROCEDURAL BACKGROUND

At a hearing on August 16, 2021 before Judge Carlos Guzman the Court heard unsworn testimony from nonparties about "the power being out at certain units because of vandalism to the meters by a former tenant, who was arrested and is currently being criminally prosecuted for his actions."[1] Any Judge would first ask an alleged tenant who testifies against a landlord, to see if they have a valid lease or evidence that they ever paid rent in this building, but not this Judge. Instead this Judge listened to a few so called tenants, who never even lived at the building for their experience, needless to say that these alleged tenants were brought to Court by the other

---

[1] The former tenant who testified at the hearing, Clinton Adams, is currently being prosecuted for felony vandalism to the electrical meters Miami-Dade Criminal Case No. F-21-004693 and F-21-004626.

party, who, before the hearing, just failed in their legal attempt to gain possession of the property, as their motion was denied by another Circuit Court Judge. The so called 'tenants' testimony was fabricated. Even if it was not fabricated, which it was, a tenant has a remedy of claiming damages from a Landlord. Furthermore, I own several properties in Miami Beach, I never had any complains from tenants in any of my buildings, some of these buildings are considered to be amongst the best in Miami. Needless to say that this Judge did not make these so called tenants to testify under oath….I invited another Lawyer in Miami, who is a friend of this Judge and his 'friendly conservator', Roland Medina Sanchez, to see this and some other of my properties. Even this Lawyer agreed that the Judge's actions (his friend) are inexplicable, we all concluded that this is a well planned conspiracy by this Judge and his 'friendly conservator' to steal and confiscate my property. In a telephone conversation between the 'friendly conservator' and Mr Sanchez, Mr Abadin demanded that I agreed to be deposed and he will than agree to remove himself as a conservator. I realized this was a mere attempt by the 'friendly conservator' to extort me. I would add that while testifying under oath, the 'friendly conservator' has committed perjury, by lying under oath, a fact his Lawyer has admitted to it. The 'friendly conservator' immediately filed a protective order so that he cannot be deposed because of his admission that he committed perjury, yet he demanded that I sit to a deposition, which I agreed to. Needless to say, that Judge Guzman is sympathetic to such protective order….

By the end of the day of the hearing, my Lawyer, David Winker, informed Judge Carlos Guzman by email that I had made the repairs and power had been restored to the 2 units in question, although I was not at fault, as the meters were vandalized by a tenant.

The day after the hearing, on August 17 2021, my lawyers dismissed this action.

Without the benefit of any competent evidence whatsoever, and despite being informed by my lawyers that the power issue that was the supposed issue at the hearing was resolved and power had been restored to all units, the Court issued a ruling on August 20, 2021, four days after the hearing and two days after the case was dismissed by me, appointing a " friendly conservator." I have been unable to locate a single reference in Florida case law to a "conservator" appointed over real estate in a similar circumstance.

My Motion for Reconsideration was denied by this Judge, after an Emergency Hearing on August 31, 2021.

On September 1 2021, the "friendly Conservator" provided the Court with its proposed Order Appointing Conservator via CourtMap.  My Lawyer filed a Memorandum in Opposition on September 3 2021 (A154) at 12:49am and the Court adopted Conservators Proposed Order wholesale on September 3 2021 at 6:26am without changing a single word.  The Order did not reflect at all what happened at the hearing.

Of all the lawyers that Conservator Ramon Abadin could have chosen as his counsel, he chose the law firm of Damian & Valori LLP, which has represented parties against me in two previous lawsuits.  Those lawsuits were highly contested and I have an adversarial relationship with the attorneys at Damian & Valori LLP.

On October 4 2021, I filed a Motion to Disqualify Conservator objecting to Conservator Ramon Abadin's September 24 2021 Motion for Conservator's Certificate asking the court to authorize the issuance of a Conservator's Certificate in the amount of $150,000 to "TAURUS HOLDING & REALTY CORP., a Delaware corporation."  I would add that since the appointment of the

5

'friendly conservator', I did not receive even a penny in income as the 'friendly conservator' isn't collecting rent, instead he is neglecting his duties by letting trash pile up inside the building and into the sideway. As a result, I was hospitalized twice due to Bacteria that infected my both legs, this is now a subject of a lawsuit against the 'friendly conservator'.

In a breach of the duty of candor owed as officers of this court and receiver in this matter, Conservator Ramon Abadin failed to disclose that TAURUS HOLDING & REALTY CORP is owned and/or controlled by the other party and their attorneys/agents Roniel Rodriguez, Esq. and/or Stuart Kalb, Esq. (A182) The Conservator's efforts to have TAURUS HOLDING & REALTY CORP, an entity owned and controlled by the other party and their agents/attorneys, fund the activities of Conservator would have placed the other party in a lien position superior to mine.

My Lawyer discovered that TAURUS HOLDING & REALTY CORP was owned and controlled by the other party and their agents/attorneys and filed his objection and Motion to Disqualify on October 4 2021.

As outlined in my Lawyer's Motions, these efforts to benefit the other party, as well as the ex parte communications between the other party and the 'friendly Conservator", to bring Taurus Holding & Realty Corp. into this matter, and the failure to disclose the ownership of such entity to the Court and to me, demonstrated at least the appearance of a conflict of interest (if not an actual conflict of interest), as well as a lack of candor to this Court and to me.

On October 5 2021, I filed a Motion for Order to Show Cause Why the other party and Roniel Rodriguez, Esq. and Stuart Kalb, Esq. and the "friendly Conservator" Ramon Abadin, Esq. and

his counsel Melanie Damian, Esq. and Russell Landy, Esq. Should Not Be Sanctioned Under the Court's Inherent Contempt Powers for Lack of Candor and Fraud upon the Court.

A hearing was held on my Motion to Disqualify Conservator on October 5 and 6 2021. This Judge rejected, as expected, my arguments that the receivership violated: (i) Fla. Stat. § 714.07 by failing to requiring the conservator to confirm that he is not disqualified for a conflict of interest because he is an affiliate of a party and/or has a material financial interest in the outcome of the action; and (ii) Fla. Stat. § 714.08 by failing to require the conservator to post the required bond.

The Conservator has been allowing two of the witnesses, or so called tenants, who testified against me to live rent free in my building in exchange for their continued testimony against me. The other tenants in my building that have not paid rent have been issued 3-day eviction notices, but these two "witnesses" have not.

On December 22, 2021 the Court issued an Order that did not reflect what actually occurred at the hearing. After I emailed my vehement objection to the Judge, the Court issued a second Order that actually reflected what happened at the hearing. It is important to note that the Court did not rescind its December 22 2021 Order, and the December 30 2021 Order is not an amended order. This is all highly irregular and demonstrates that Judge Guzman is not engaging in proper judicial activities. It is important that Judge Guzman signed a misleading proposed order after a request by his 'friendly conservator' to 'correct' his decisions during the hearing, which contradict the transcript. Such ex-parte communication between this Judge and the 'friendly conservator' is against the Law, but Judge Guzman is convinced that he is above the Law.

7

In his latest Order, which was in reaction to my emails objecting to his improper December 22 2021 Order, Judge Guzman has illegally limited my free speech rights under the First Amendment to the US Constitution. It is important to note that no other party to the litigation is being told to restrict their communications and they are all free to email me, the Judge, the Conservator and all other parties to the litigation. This is a clear violation of my constitutional rights to free speech.

All the above are breaches of my civil rights under the constitution, on top of limiting my free speech rights and racial discrimination, not to mention antisemitic comments.

After the appointment of the 'friendly conservator', his first action was to change the locks to a vacant building (one of my buildings is undergoing gut renovation at a cost of $6M, I'm 1-2 weeks from completing the work and receiving the CoO – Certificate of Occupancy). I'm now unable to finish the work and suffer damages in excess of $100K per month, in loss of revenue. There was never a need for any so-called 'conservator', let alone to a vacant building. The only reason this Judge ruled in this way was to put financial pressure on me, so that I let his 'friendly conservator' keep on stealing my money.

As above, not only the 'friendly conservator' has illegally changed the locks to a vacant building which results in massive financial damages, the 'friendly conservator' has stolen, or allowed his staff, to steal my personal property from the building worth in excess of $3M. The 'friendly conservator' has allowed my Lawyers to visit the property to inspect my personal property, but when my Lawyer commented that they cannot see my personal belongings, he was ordered

rudely by the 'friendly conservator', to leave the property. I requested to see a video of inside the property from the time that the 'friendly conservator' changed the locks, but although the 'friendly conservator' claims they're in possession of such a video, they refuse to let me see it....The reason is clear, it will show that my personal belongings have been stolen by the "friendly conservator". This matter is now the subject of a police investigation, which will be escalated to the authorities for prosecution.

### JUDGE GUZMAN IS NOT ENTITLED TO JUDICIAL IMMUNITY

This suit is being brought in accordance with Harper v. Merckle, 638 F.2d 848 (5th Cir. Unit B), cert. denied 454 U.S. 816, 102 S.Ct. 93, 70 L.Ed.2d 85 (1981), which held that the doctrine of judicial immunity does not apply when:

> a judge has acted out of personal motivation and has used his judicial office as an offensive weapon to vindicate personal objectives.... These nonjudicial acts, to state the obvious, are not cloaked with judicial immunity from suit under s 1983.

Judge Guzman's actions outlined in this Complaint violating my constitutional rights and civil rights of due process and free speech and are not "judicial acts" and are not subject to judicial immunity. Furthermore, this Judge's antisemitic comments are a serious offense and a further breach of my civil rights and the constitution.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     January 11 2022

Signature of Plaintiff     _____
Printed Name of Plaintiff    Raz Ofer

B.  **For Attorneys**

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney    _____
Bar Number          _____
Name of Law Firm    _____
Address             _____

                    _____  _____  _____
                    *City*                      *State*  *Zip Code*

Telephone Number    _____
E-mail Address      _____